Rowdy B. Meeks, Kansas Bar No.16068*
**Rowdy Meeks Legal Group LLC**
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208
Tel:  (913) 766-5585
Fax:  (816) 875-5069
Rowdy.Meeks@rmlegalgroup.com
www.rmlegalgroup.com
*<i>pro hac vice</i> motion granted
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **KATHERINE KUZICH**, On Behalf of Herself and All Others Similarly Situated, | No. CV-17-2935-PHX-DJH |
| Plaintiff, | |
| vs. | PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE |
| **PRIMARY RESIDENTIAL MORTGAGE, INC.** | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby stipulates to the dismissal without prejudice of all claims asserted by Plaintiff against Defendant.  Defendant has not served any Answer in this case.

Dated: October 17, 2017

Respectfully submitted,

/s/ Rowdy B. Meeks
Rowdy B. Meeks, Kansas Bar No.16068*
**Rowdy Meeks Legal Group LLC**
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208
Tel:  (913) 766-5585
Fax:  (816) 875-5069

Rowdy.Meeks@rmlegalgroup.com
www.rmlegalgroup.com

*pro hac vice* motion granted

Attorneys for Plaintiff

## Certificate of Service

  I hereby certify that a true and correct copy of the above was sent on October 17, 2017 pursuant to the service requirements of the ECF/CM for the District of Arizona which will notify all counsel of record.

                 /s/ Rowdy B. Meeks
                 Rowdy B. Meeks, Attorney for Plaintiff